UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JESUS ALEJANDRO ELIZONDO SANTOS,<br>   a/k/a "Ingeniero,"<br><br>                           Defendant. | **UNSEALING ORDER**<br><br>(S8) 21 Cr. 639 (PKC) |

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney Samuel P. Rothschild;

It is found that Superseding Indictment (S8) 21 Cr. 639 (PKC) is currently sealed, and the United States Attorney's Office has applied to have that Superseding Indictment unsealed, it is therefore

ORDERED that Superseding Indictment (S8) 21 Cr. 639 (PKC) be unsealed and, upon unsealing, remain unsealed pending further order of the Court.

Dated: New York, New York
       July 5, 2023

_____
THE HONORABLE P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE