# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern
———————
Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5507

> Sentencing adjourned from Janaury 18, 2024 to March 28, 2024 at 12:00 p.m. in Courtroom 11D. SO ORDERED.
> Dated: 1/4/2024
>
> /s/ P. Kevin Castel
> P. Kevin Castel
> United States District Judge

January 4, 2024

**By ECF**
The Honorable P. Kevin Castel
Senior U.S. District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re:   United States v. Jesus Alejandro Elizondo Santos
>       21 Cr. 639 (PKC)

Dear Judge Castel:

I represent Jesus Elizondo Santos in the above-named matter. This letter is respectfully submitted without objection form the government, by AUSA Samuel Rothschild, to request an adjournment of sentencing to March 25, 2024 at 3:00 p.m., a date and time that I understand is convenient for the Court.

The reason for this request is that more time is needed to gather documents and records that are important for Mr. Santos's sentencing submission, which is currently due today. Additionally, we have not yet received the Final Presentence Report, which is needed in order to finalize Mr. Santos's submission. This is Mr. Santos's first request for an adjournment of sentencing.

If the Court has any questions regarding this application, please do not hesitate to contact me.

Respectfully submitted,
/s/
Jeremy Schneider

cc:   AUSA Samuel Rothschild (By ECF)